IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA ex rel. Jane Dale, | ) ) | Case No. 3:08-cv-00200-JWS |
|---|---|---|
| Plaintiffs, | ) ) | UNDER SEAL |
| vs. | ) ) | |
| CITY OF PALMER, ALASKA, | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation of Dismissal, and in accordance with the terms and conditions of the May 13, 2011 Settlement Agreement among the United States, the City of Palmer, AK (Palmer), and Relator Jane Dale (the Settlement Agreement),

It is hereby **ORDERED** that,

A. All civil monetary claims asserted on behalf of the United States against Palmer concerning the Covered Conduct as defined in Preamble Paragraph G of the Settlement Agreement are dismissed with prejudice; and
B. All claims asserted on behalf of Relator for attorneys' fees, expenses, and costs under 31 U.S.C. § 3730(d) are dismissed with prejudice.

Dated this _____ day of _____, 2011

JOHN SEDWICK
United States District Court Judge